free from contributory negligence was against the weight of the evidence, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Esther Culver, an Infant, by Her Guardian ad Litem, Charles Culver, Respondent, v. Rene Deckert, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event upon the ground that it was reversible error to decline to submit to the jury the question as to whether the plaintiff was *non sui juris*. (*Camardo* v. *N. Y. State Railways*, 247 N. Y. 111; *Jacobs* v. *Koehler S. G. Co.*, 208 id. 416; *Zwack* v. *N. Y., L. E. & W. R. R. Co.*, 160 id. 362; *Stone* v. *Dry Dock, etc., R. R. Co.*, 115 id. 104; *Ihl* v. *Forty-second St. & Grand St. Ferry R. R. Co.*, 47 id. 317.) All concur, Taylor, J., upon the additional ground that the finding that the plaintiff was free from contributory negligence was against the weight of the evidence, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of the Board of Supervisors of the County of Herkimer, Appellant, to Acquire Lands for Highway Purposes under Chapter 30 of the Laws of 1909 and Acts Amendatory Thereof and Supplemental Thereto, Known as the Highway Law, █ of Merrill B. Cave and Minnie Cave, Respondents.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Mary MacMillan, as Administratrix, etc., of Walter J. MacMillan, Deceased, Plaintiff, v. Thomas E. Glynn, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Skaneateles Teasel Growers' Co-Operative Association, Respondent, v. Adelbert D. Foster, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Curtiss Flying Service, Incorporated, Respondent, v. City Bank Trust Company, as Executor and Trustee, etc., of W. Charles Lipe, Deceased, and Others, Appellants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Proceeding for the Discovery of Assets of the Estate of Mary Mevers, Deceased.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York ex rel. Alice McGuire, Appellant, v. George S. Buck, as Mayor of the City of Buffalo, and Others, Constituting the Council of the City of Buffalo, and Another, Respondents.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Claude J. O'Tier, Appellant, v. Walter Sell, Respondent, Impleaded with Others, Defendants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Florence Hains, Appellant, v. Walter Sell, Respondent, Impleaded with Others, Defendants.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.